278

### Richard Manford LEONARD
#### v.
#### STATE.
#### No. 27679.

Court of Criminal Appeals of Texas.

June 22, 1955.

No attorney on appeal for appellant.

Dan Walton, Dist. Atty., Houston, Leon Douglas, State's Atty., Austin, for the State.

**PER CURIAM.**

The offense is aggravated assault by motor vehicle; the punishment, 90 days in jail.

Appellant has now filed his personal affidavit requesting the dismissal of the appeal. The request is granted. The appeal is dismissed.

### Johnny Daniel PALMER, Appellant,
#### v.
#### The STATE of Texas, Appellee.
#### No. 27729.

Court of Criminal Appeals of Texas.

June 25, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

**PER CURIAM.**

Burglary is the offense; the punishment, ten years in the penitentiary.

Appellant has now filed his personal affidavit requesting the dismissal of the appeal.

The request is granted. The appeal is dismissed.